**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 295 WAL 2023

      Respondent                     :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

      v.                           :
                                          :

PAUL ALEXANDER WADE, III,          :
                                          :
      Petitioner                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.

      Justice McCaffery did not participate in the consideration or decision of this matter.